# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SAMC 17-00005-CJC (JPRx) | Date | February 1, 2017 |
| Title | IN RE: PFIZER | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Matthew Lopez; Bill Robins;                Mark Cheffo; Habib Nasrullah;
Charles Orr; Thomas Sims;                  Sally Hosn
Cherisse Cleofe; Justin Kaufman
Lisa Gorsche

**PROCEEDINGS: STATUS CONFERENCE**

Status conference held. The Court and counsel confer regarding matters as stated on the record.

The Clerk's Office shall open a new action that will serve as the master case in which all future documents shall be filed (with the exception of administrative filings such as Conditional Remand Orders from the JPML, Pro Hac Vice Applications, Notices of Appearance/ Withdrawal, etc.)

Counsel shall file a proposed stipulation and case management order in the new action once it is opened on the docket.

The Court directs attorney Bill Robins to timely serve any counsel for actions remanded from the JPML court subsequent to this Order with (1) a copy of this minute order and (2) the minute order regarding consolidated proceedings.

                                                                    0      :    17

                                            Initials of Deputy Clerk    mku

cc: